[Nos. 21602-7-II; 21603-5-II.    Division Two.    October 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SCOTT TOLER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CECIL TOLER, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 96-1-00998-7 and 96-1-00999-5, Jay B. Roof, J., entered February 3, 1997. *Affirmed* by unpub-

lished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.